

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
December 15, 2025

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Clarke v. Nassau County Correctional Center, et al.,*
              Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

      The U.S. Department of Homeland Security and the Executive Office for Immigration Review ("Federal Respondents") respectfully submit, and refer to, the enclosed Declaration of Immigration and Customs Enforcement ("ICE") Supervisory Detention Officer John C. Diaz in response to the Court's Second Supplemental Order to Show Cause.

                                              Respectfully submitted,
                                              JOSEPH NOCELLA, JR.
                                              United States Attorney

                    By:     /s/ *Richard K. Hayes*
                              Richard K. Hayes
                              Assistant U.S. Attorney
                              (718) 254-6050
                              richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)