

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
December 23, 2025

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Clarke v. Nassau County Correctional Center, et al.,*
      Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

  This Office and Federal Respondents U.S. Department of Homeland Security and the Executive Office for Immigration Review respectfully submit this letter in preliminary response to Your Honor's December 18, 2025 Memorandum and Order ("December 18 Order"). The December 18 Order directs that information and explanations be provided to the Court concerning compliance with this Court's Orders and the conditions of detention at the Central Islip Hold Room ("CIHR"), a facility operated by Immigration and Customs Enforcement ("ICE") at the Central Islip Courthouse.

**Limits on CIHR Detention Times**

  This Office is working with ICE to address the concerns and findings set forth in the December 18 Order. With respect to CIHR detention times, it is this Office's understanding that going forward, ICE will limit detention times at the CIHR. With the understanding that ICE operates twenty-four-hours a day, and detainees may need to be brought to the CIHR after hours, absent exceptional circumstances (temporary and unforeseen circumstances that require immediate action): 1) ICE will transfer all detainees already in the CIHR to other facilities each evening regardless of stage of post arrest processing; and 2) detentions will be limited to no more than 12 hours, that is detainees will be transferred from the CIHR within twelve-hours.

**ICE Released Mr. Clarke on December 11, 2025**

  This Office immediately informed ICE of Your Honor's December 11 Order directing that Mr. Clarke be released from detention and has determined that ICE did in fact release Mr. Clarke that day. Mr. Clarke's counsel has confirmed that Mr. Clarke was released on December 11 as well. Although the Declaration of Supervisory Detention and Deportation Office Diaz said otherwise, the Declaration was mistaken on this point, and others. This Office is working with ICE to provide the Court with a further response with regard to errors in the Declaration, which will explain the bases for the errors and ensure the accuracy of all information before the Court.

**Photographs of the CIHR**

ICE has now taken photographs of the CIHR. With leave of the Court, the Federal Respondents will submit under separate cover the photographs under seal for *in camera* review by Your Honor. The Federal Respondents respectfully make this request because of the security and operational concerns set forth in the Diaz Declaration, Docket No. 9, at ¶¶28-30.

**Request for Additional Time to Adress the December 18 Order**

This Office and ICE continue to work together so that they may fully address the findings and concerns set forth in the December 18 Order. We respectfully request leave to do so by or before January 23, 2025. Mr. Clarke's counsel does not oppose this request and has requested, subject to Court approval, three days to submit any response.

This Office and the Federal Respondents thank the Court for its consideration in this matter.

                Respectfully submitted,
                JOSEPH NOCELLA, JR.
                United States Attorney

By:    /s/ *Richard K. Hayes*
        Richard K. Hayes
        Assistant U.S. Attorney
        (718) 254-6050
        richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)