

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
December 30, 2025

By ECF

Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    *Clarke v. Nassau County Correctional Center, et al.,*
         Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

This Office respectfully requests that the Government's December 23, 2025 letter in the above-captioned action be unlocked from the Court docket.   As this Court is undoubtedly aware, protests have occurred in connection with the public's understanding of the status of, and conditions existing at, the Central Islip Hold Room at the Central Islip Courthouse.

We respectfully submit that unlocking this letter serves the interests of justice as it demonstrates that the United States Attorney's Office is responding to this Court's December 18, 2025 Memorandum and Order in this case, which is already in the public record and minimizes dangers to public safety.   We also note that the December 23rd letter is already accessible to persons visiting the courthouse in accordance with Fed. R. Civ. P. 5.2 (c)(2).

This Office thanks the Court for its consideration of this request.

                                                          Respectfully submitted,
                                                          JOSEPH NOCELLA, JR.
                                                          United States Attorney

                                      By:    /s/ *Richard K. Hayes*
                                                          Richard K. Hayes
                                                          Assistant U.S. Attorney
                                                          (718) 254-6050
                                                          richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)


SO ORDERED.


_____
GARY R. BROWN
United States District Judge