UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERRON ANTHONY CLARKE,<br><br>*Petitioner,*<br><br>v.<br><br>NASSAU COUNTY CORRECTIONAL CENTER, *et al.*,<br><br>*Respondents.* | No. 25-cv-06773 (GRB)<br><br>DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER JOHN C. DIAZ |

I, John C. Diaz, pursuant to pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct.

1. I am a Supervisory Detention and Deportation Officer ("SDDO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity for two and a half years. Prior to this position, I was a Deportation Officer beginning May 2009. In my capacity as an SDDO, I have access to ICE records, including records for Petitioner Erron Anthony Clarke.

2. I respectfully submit this declaration in response to the Court's December 18, 2025 Memorandum and Order ("December 18 Order"). I do so to address the understandable concerns expressed by the Court with respect to my December 16, 2025 Declaration ("December 16 Declaration"). I acknowledge that the Court correctly determined that there were a number of errors in my declaration. I apologize for these errors and know that my declaration fell short of the professional standard that I seek to uphold. I assure the Court that the errors in my declaration were not intentionally made.

3. In preparing my declaration, I drew upon information maintained in EARM, an electronic database that captures and maintains information related to the investigation, arrest, booking, detention, and removal of persons encountered during immigration and criminal law enforcement investigations and operations conducted by ICE. In particular, I used book-in and book-out times at the CIHR for Mr. Clarke. Although my declaration accurately reflected this information as maintained in EARM, the information was nevertheless wrong. A screenshot of the information from EARM is attached as Exhibit A.

4. Since the Court issued the December 18 Order, to I have taken steps to determine the basis for the inaccuracies. These steps have included speaking with other ICE personnel, reviewing records from several sources including the Nassau County Correctional Center and ICE's Delaney Hall Detention Facility, re-reviewing EARM information, and viewing CCTV footage from the U.S. Courthouse and Federal Building in Central Islip.

5. My review indicates, for example, that the inaccurate December 5, 2025 EARM book-in time of "2328" (11:28 p.m.), which I referenced in my December 16 Declaration at ¶ 4, was caused by a data entry error. This also appears to be true with respect to the December 9, 2025 EARM book-in time of "1553" (3:53 p.m.), which I refenced in my December 16 Declaration at ¶ 5. This is also the case with respect to EARM information for the last day that Mr. Clarke was in custody. In EARM, the book-out day is listed as "12/12/25" and book-out time is "0939" (9:39 a.m.), as referenced in my December 16 Declaration at ¶ 9. Notably, as I understand the Court has since been informed, Mr. Clarke was actually released from custody on December 11, and my review has confirmed that to be the case.

6. As a result of this case, personnel in the Long Island sub-office are being directed to improve Data Quality Integrity practices.

7. I again offer my profound apology for the inaccuracies in my December 16 Declaration, which in no way were intended to be evasive or misleading.

Executed at New York, New York
this 23rd day of January 2026.



_____
John C. Diaz
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security



## Detention History

Person ID: [REDACTED]
Controlling A-Number: 236 404 038
Name: **Clarke, Erron Anthony**

| A-Number | Subject ID | Case ID | Book In Date | Book In DCO | Detention Location | Book Out Date | Release / Book Out Type | Days In Custody | Days In Facility |
|---|---|---|---|---|---|---|---|---|---|
| 236 404 038 | 400898993 | 25289434 | 12/10/2025 2100 | NEW | DELANEY HALL DETENTION FACILITY | 12/12/2025 0939 | Released - Order of recognizance | 7 | 2 |
| 236 404 038 | 400898993 | 25289434 | 12/09/2025 1553 | CIP | CENTRAL ISLIP HOLD ROOM | 12/10/2025 2030 | Transferred - NEW | 7 | 1 |
| 236 404 038 | 400898993 | 25289434 | 12/06/2025 1100 | CIP | NASSAU CO CORREC CENTER | 12/09/2025 1545 | Transferred - CIP | 7 | 3 |
| 236 404 038 | 400898993 | 25289434 | 12/05/2025 2328 | CIP | CENTRAL ISLIP HOLD ROOM | 12/06/2025 1002 | Transferred - CIP | 7 | 1 |

Close