

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
January 24, 2026

<u>By ECF</u>
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re: *Clarke v. Nassau County Correctional Center, et al.,*
       <u>Civil Action No. 25-cv-6773 (Brown, J.)</u>

Dear Judge Brown:

   This Office respectfully submits the enclosed corrected version of its letter of yesterday, January 23, 2026. The corrections are to references on page 3 to the January 23, 2026 Declaration of Supervisory Detention and Deportation Officer John C. Diaz. The two references incorrectly named the declaration as the "December 23, 2026 Declaration of SDDO Diaz." as opposed to the "January 23, 2026 Declaration of SDDO Diaz". This Office respectfully asks that the corrected version be accepted as filed in accordance with Your Honor's December 24, 2025 Order.

   This Office thanks the Court for its consideration in this matter.

         Respectfully submitted,
         JOSEPH NOCELLA, JR.
         United States Attorney

     By: <u>/s/ *Richard K. Hayes*</u>
       Richard K. Hayes
       Assistant U.S. Attorney
       (718) 254-6050
       richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)