

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
February 17, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Clarke v. Nassau County Correctional Center, et al.,*
      Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

  This Office respectfully requests, on behalf of the Respondents, additional time through March 3, 2026 to respond to the Court's February 11, 2026 Order. The additional time is needed to fully address the questions asked by Your Honor in the Order. Mr. Clarke's counsel consents to this request.

  This Office thanks the Court for its consideration of its request.

                Respectfully submitted,
                JOSEPH NOCELLA, JR.
                United States Attorney

       By: /s/ *Richard K. Hayes*
          Richard K. Hayes
          Assistant U.S. Attorney
          (718) 254-6050
          richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)