UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERRON ANTHONY CLARKE, *Petitioner,* v. NASSAU COUNTY CORRECTIONAL CENTER, *et al.*, *Respondents.* | No. 25-cv-06773 (GRB) DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER JOHN C. DIAZ |

Pursuant to 28 U.S.C. § 1746, I, John C. Diaz, declare under penalty of perjury that the following is true and correct:

1.    I am a Supervisory Detention and Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2.    I have prepared this declaration to provide additional information in response to this Court's February 11, 2026, Order, and to correct statements made in my December 10, 2025 declaration.

3.    In my December 10, 2025 declaration ("December 10 Declaration"), I stated that Mr. Clarke's arrest was made pursuant to the Form I-200, Warrant for Arrest of Alien, attached to my declaration.  December 10 Declaration at ¶7.  After reviewing the administrative file and database information related to this case, I have determined that the Warrant for Arrest was executed after Mr. Clarke was arrested.

4.    With respect to the timing of Mr. Clarke's arrest, his presence at detention locations, and transportation between locations, I have provided best estimates in my

March 3, 2026 declaration.  Those estimates supersede the information in my December 10 Declaration, as well as my December 16, 2025 declaration.

5.      In signing my December 10 Declaration, I knew that the statements in the declaration were based on information from Mr. Clarke's administrative file and government database information collected for me. I assumed the information to be accurate in all respects.  I signed my declaration with this understanding.  I also understood that my declaration needed to be submitted on short notice notwithstanding the fact that I was overseeing a high work volume and multiple other tasks at that time.  I note that I had not been otherwise involved in the investigation or arrest of Mr. Clarke.

6.      I offer my profound apology for the inaccuracies contained in my December 10 Declaration, which were not intended to be evasive, misleading, or inaccurate in any way.

Executed at Central Islip, New York
This 9th day of March 2026

JOHN C DIAZ
Digitally signed
by JOHN C DIAZ
Date: 2026.03.09
21:47:37 -04'00'

John C. Diaz
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2