

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
March 23, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Clarke v. Nassau County Correctional Center, et al.,*
       Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

   This Office and Federal Respondents U.S. Department of Homeland Security and the Executive Office for Immigration Review respectfully submit this letter in furtherance of the March 10, 2026 proceedings in this case.  This Office respectfully reports that the Government is still reviewing the Court's consent order and respectfully requests additional time, through April 7, 2026, to respond.  Counsel for Mr. Clarke consents to this request.  This Office also reports that that light filaments have now been installed in two of the four CIHR hold rooms.

   This Office thanks the Court for its consideration of its extension request.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

      By:  /s/ *Richard K. Hayes*
          Richard K. Hayes
          Assistant U.S. Attorney
          (718) 254-6050
          richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)