

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
April 3, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                    Re:    *Clarke v. Nassau County Correctional Center, et al.,*
                           Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

        This Office and Federal Respondents U.S. Department of Homeland Security and the Executive Office for Immigration Review respectfully submit this letter in furtherance of the March 10, 2026 proceedings in this case.  This Office respectfully reports that, as previously represented to the Court, the Government is still reviewing the Court's consent order and respectfully requests additional time, from April 7, 2026 to April 14, 2026, to respond.  This Office also reports that it has been informed that light filaments have now been installed in all four CIHR hold rooms.

        This Office thanks the Court for its consideration of this extension request.

                                            Respectfully submitted,

                                            JOSEPH NOCELLA, JR.
                                            United States Attorney

                            By:    /s/ *Richard K. Hayes*
                                            Richard K. Hayes
                                            Assistant U.S. Attorney
                                            (718) 254-6050
                                            richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)