

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
April 13, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    *Clarke v. Nassau County Correctional Center, et al.,*
       Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

This Office and Federal Respondents U.S. Department of Homeland Security and the Executive Office for Immigration Review respectfully submit this letter in furtherance of the March 10, 2026 proceedings in this case. This Office reports that, as previously represented to the Court, the Government is still reviewing the Court's consent order and respectfully requests additional time, from April 14, 2026 to April 23, 2026, to respond. This Office makes this request with the consent of Mr. Clarke's counsel and does not anticipate making further requests for extensions of time.

This Office thanks the Court for its consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ *Richard K. Hayes*
       Richard K. Hayes
       Assistant U.S. Attorney
       (718) 254-6050
       richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)