

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
April 23, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    <em>Clarke v. Nassau County Correctional Center, et al.,</em><br>Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

This Office and Federal Respondents U.S. Department of Homeland Security and the Executive Office for Immigration Review respectfully submit this letter in furtherance of the March 10, 2026 proceedings in this case.

This Office and U.S. Customs Enforcement ("ICE") have reviewed the terms of the draft order provided to the parties and express their appreciation to the Court for proposing that concerns regarding conditions of detention at the Central Islip Hold Room ("CIHR") may be resolved on consent. As the Court has indicated, ICE has taken steps to address these concerns, as set forth in submissions to the Court. *See* Docket Entries Nos. 15, 19-1 and 23. And in addition to taking measures to address these concerns, ICE has also responded to questions posed by the Court regarding conditions of detention at the Nassau County Correction Center ("NCCC"), at which persons in ICE custody are at times detained pursuant to agreement between ICE and Nassau County.

As represented previously, and as reflected in the enclosed declaration of ICE Assistant Field Office Director Bryan Flannagan, ICE has committed itself to improving conditions of detention at the CIHR and to maintaining these improved conditions. Therefore, without opposition from Petitioner Erron Anthony Clarke, this Office and ICE respectfully request that the Court allow ICE to 1) voluntarily maintain these improved conditions with the understanding that this Office and ICE will report to the Court on the status of conditions at the CIHR and NCCC on a quarterly basis for a period of one year; and 2) provide this Court with a status update in the event of any material changes in circumstances that may arise impacting ICE's commitments.

In making this request, this Office and ICE recognize the importance of abiding by the commitments that ICE has made on the record and of remaining accountable with respect to those commitments. In addition, this Office requests that the Court schedule a conference at its convenience, and the convenience of Petitioner, to address the Government's proposal and remaining matters in this case.

The Government thanks the Court for consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ *Richard K. Hayes*
Richard K. Hayes
Assistant U.S. Attorney
(718) 254-6050
richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)

2