# L. J. KELMAN, Esq.
## ATTORNEY AT LAW

70 EAST SUNRISE HIGHWAY, SUITE 500
VALLEY STREAM, NY 11581
Tel: (516) 887-0730
Fax: (516) 858-4772
Email: ljkelman@yahoo.com

April 28, 2026

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza,
Central Islip, NY 11722

Dear Judge:

***In re: 2:25-cv-06773-GRB Clarke v. Nassau County Correctional Center et al.***

I represent the petitioner in the afore-noted Petition for Habeas Corpus.

This matter is scheduled for hearing Thursday April 30 at 10:30am.

I am a sole-practitioner and currently out of the country until May 4 and will be unable to attend in person.

Accordingly, I respectfully request permission to appear via telephone or video at the upcoming hearing.

<u>This request is unopposed by respondents.</u>

Yours truly

*/S/ LORNE KELMAN*

**LORNE KELMAN**