**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
ERRON ANTHONY CLARKE,

                Petitioner,

    - against -

NASSAU COUNTY CORRECTIONAL
CENTER, EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, U.S.
DEPARTMENT OF HOMELAND
SECURITY,

                Respondent.
-------------------------------------------------------X

**JUDGMENT**
CV 25-6773 (GRB)

An Order Dismissing Case of the Honorable Gary R. Brown, United States District

Judge, having been filed on April 30, 2026; dismissing the Petition for Writ of Habeas Corpus;

and respectfully directing the Clerk of the Court to enter judgment and close this case, it is

**ORDERED AND ADJUDGED** that Petitioner Erron Anthony Clarke take nothing of

Respondents' Nassau County Correctional Facility, Executive Office for Immigration Review,

and U.S. Department of Homeland Security; that the Petition for Writ of Habeas Corpus is

dismissed; and that this case is closed.


Dated: May 1, 2026
       Central Islip, New York


                    BRENNA B. MAHONEY
                    CLERK OF COURT

          By:    /s / Jazmin M. Cubano
               Deputy Clerk