

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
August 3, 2026

By ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re: *Clarke v. Nassau County Correctional Center, et al.,*
        Civil Action No. 25-cv-6773 (Brown, J.)

Dear Judge Brown:

   This Office respectfully submits the enclosed declaration of Supervisory Detention and Deportation Officer John C. Diaz in accordance with the April 30, 2026 proceedings in this case. In his declaration, Officer Diaz confirms that Immigration and Customs Enforcement ("ICE") has adhered to the commitments it has made concerning conditions of detention and detainee rights at the Central Islip Hold Room ("CIHR") and the Nassau County Correctional Center ("NCCC"). Officer Diaz addresses each of these commitments, which were made previously in the April 23, 2026 declaration of ICE Assistant Field Office Director Bryan Flanagan. *See* ECF No. 28.

   This Office respectfully requests that the Court schedule a conference in this matter at its convenience.

         Respectfully submitted,

         JOSEPH NOCELLA, JR.
         United States Attorney

     By: /s/ *Richard K. Hayes*
       Richard K. Hayes
       Assistant U.S. Attorney
       (718) 254-6050
       richard.hayes@usdoj.gov

cc: Counsel for Petitioner (by ECF)