**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**Courtroom 940**

BEFORE: GARY R. BROWN
U.S. DISTRICT JUDGE

DATE: 8/19/2026
TIME:2:00PM

FILED
CLERK
8/19/2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

CASE: 25cv06773 (GRB)
CLARKE V. NASSAU COUNTY CORRECTIONAL CENTER ET AL

APPEARANCES: Plaintiff: **Lorne Jeffrey Kelman via telephone**

.

Defendant: **Richard K. Hayes**

COURT REPORTER/FTR#:Paul Lombardi
(Please contact directly to order the transcript https://www.nyed.uscourts.gov/transcript-information )

**THE FOLLOWING RULINGS WERE MADE:**

☐ Motion Schedule set:

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
Joint pretrial order due by:

☒ Other: For the reasons stated on the record the Court will be issuing an Order in this case by ECF Bounce.

To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.